```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,      Case No.: 12CR4583-DMS
11            Plaintiff,
12        v.
                                    JUDGMENT AND ORDER TO DISMISS
13   JASMINE MARIE OROZCO,          INDICTMENT WITHOUT PREJUDICE
14            Defendant.
15
16
17       Upon motion of the United States of America and good cause
18   appearing, IT IS HEREBY ORDERED that the Indictment in the above-
19   entitled case be dismissed without prejudice.
20       IT IS SO ORDERED.
21   DATED: April 15, 2014.
22
                                    _____
23                                  HONORABLE DANA M. SABRAW
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```